UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RECHELYN ABRANTES, | Case No. 1:15-CV-00497-TLN |
| Plaintiff, | **ORDER RE STIPULATION TO FILE A JOINT STATUS REPORT** |
| v. | |
| PROG LEASING, LLC, | |
| Defendant. | |

Having considered the Parties' Stipulation to Extend Time to File a Joint Status Report, and good cause appearing therefor:

IT IS HEREBY ORDERED, that this Defendant shall have 14 days extended time to respond to the Order Requiring Joint Status Report through and including June 29, 2015.

IT IS SO ORDERED.

Dated:  June 17, 2015

Troy L. Nunley
United States District Judge