LAW OFFICES OF TODD M. FRIEDMAN, P.C.
Todd M. Friedman, Esq. (SBN: 216752)
tfriedman@attorneysforconsumers.com
324 S. Beverly Dr., #725
Beverly Hills, CA 90212
Telephone: (877) 206-4741
Facsimile: (866) 633-0228
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **RECHELYN ABRANTES,** | Case No. 1:15-cv-00497-DAD-BAM |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| vs. | |
| **PROG LEASING, LLC,** | |
| Defendant. | |

NOW COMES THE PLAINTIFF by and through her attorney to respectfully notify this Honorable Court that this case has settled. Plaintiff requests that this Honorable Court vacate all pending hearing dates and allow sixty (60) days with which to file dispositive documentation. A Joint Stipulation of Dismissal will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

Respectfully submitted this 21st day of March, 2016.

By: s/Todd M. Friedman
TODD M. FRIEDMAN
Law Offices of Todd M. Friedman, P.C.
Attorney for Plaintiffs

Filed electronically on this 21st day of March, 2016, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Dale A. Drozd
United States District Court
Eastern District of California


Alan Stanley Petlak
Ballard Spahr, LLP

Scott M. Pearson
Ballard Spahr LLP

Elanor Angelica Mangin
Ballard Spahr Andrews and Ingersoll (PA)


This 21st day of March, 2016.

s/Todd M. Friedman
Todd M. Friedman