UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RECHELYN ABRANTES,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>PROG LEASING LLC,<br><br>　　　　　　Defendant. | No. 1:15-cv-00497-DAD-BAM<br><br>ORDER DIRECTING CLERK OF THE COURT TO CLOSE THE CASE<br><br>(Doc. No. 32) |

On May 20, 2016, the parties filed a joint stipulation dismissing the action in its entirety with prejudice and with each party to bear its own costs and attorneys' fees. (Doc. No. 32.) In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice and without an award of attorneys' fees and costs to either party. Accordingly, the Clerk of the Court is directed to close the case.

IT IS SO ORDERED.

Dated:   **May 23, 2016**　　　　　　　　　　　　　／s／ Dale A. Drozd
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1